**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone:  (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
ALFREDO ALBOR, JR.**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ALREDO ALBOR, JR,<br>　　　　　　　Defendant. | **No.** 2:24-00065 DAD/SCR<br><br>Court: Hon. Sean C. Riordan<br>Time: 2:00 p.m.<br>Date: January 6, 2025<br><br>**STIPULATION AND ORDER TO CONTINUE BAIL REVIEW** |

　　　　The UNITED STATES OF AMERICA, through Assistant United States Attorney Ross Pearson and Alfredo Albor, Jr. through undersigned counsel, hereby make the following request:

Mr. Albor was previously set for a review of his detention status on December 16, 2024.

The parties hereby request that the matter be continued to January 6, 2025, if that date is available for the Court.

DATE: December 12, 2024                    Respectfully Submitted,


  /s/ Shari Rusk_____
  Shari Rusk
  Attorney for Defendant
  Alfredo Albor


  /s/ *Ross Pearson*_____
  Ross Pearson
  Assistant United States Attorney


**ORDER**

   It is so ordered.

DATE: December 13, 2024


_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE