UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 3, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFREDO ALBOR,

    Defendant.

Case No. 2:24-cr-00065-DAD-5

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALFREDO ALBOR , Case No.  2:24-cr-00065-DAD-5 , Charge 21 U.S.C. § 846, from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

        ____ Unsecured Appearance Bond $ _____

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

         x  (Other):  Released forthwith with terms as stated on the record.

Issued at Sacramento, California on February 3, 2025, at 2:50 PM

By: /s/ Sean C. Riordan

Magistrate Judge Sean C. Riordan