**SHARI RUSK**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone: (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant**
**ALFREDO ALBOR, JR.**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

vs.

ALREDO ALBOR, JR, et. al.
Defendants

**No.** 2:24-cr-00065-DAD-5

Court: Hon. Dale A. Drozd
Time: 9:30 a.m.
Date: October 26, 2026

**STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING**

**STIPULATION**

The parties have reached a plea agreement in this matter. As to Mr. Albor, the parties stipulate and ask this Court to vacate the trial confirmation hearing, set for September 14, 2026, and the trial date, currently set for September 29, 2026. The parties also ask this Court to schedule a change of plea hearing for October 26, 2026, at 9:30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 29, 2026, to October 26, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results

from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.
Respectfully submitted,

Dated: August 30, 2026

/s/ SHARI G. RUSK

Attorney for Defendant
ALFREDO ALBOR

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Trial Confirmation Hearing and Jury Trial dates are vacated, this matter is set for a change of plea on October 26, 2026, at 9:30 a.m., and time is excluded from September 29, 2026, to October 26, 2026, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated: **September 2, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE